IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
MAY 2023 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:23CR7 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| MAURICE DEMETRIUS METTS | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1.   On or about October 6, 2022, in the Western District of Virginia, the defendant, MAURICE DEMETRIUS METTS, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Glock Model 22C 40 caliber pistol.   Said firearm had previously been shipped and transported in interstate or foreign commerce.

2.   All in violation of Title 18, United States Code, Sections 922(g)(1).

## NOTICE OF FORFEITURE

1.   Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

    a.   any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.   The property to be forfeited to the United States includes but is not limited to the

1

following property:

    a.    **Firearm**

        1)  A Glock Model 22C 40 caliber pistol, serial #RUS589
        2)  All ammunition, magazines, and accessories associated with this firearm

    3.    If any of the above-described forfeitable property, as a result of any act or omission

of the defendant:

        a.  cannot be located upon the exercise of due diligence;
        b.  has been transferred or sold to, or deposited with a third person;
        c.  has been placed beyond the jurisdiction of the Court;
        d.  has been substantially diminished in value; or
        e.  has been commingled with other property which cannot be
           subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to

the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this ____18th____ day of May, 2023.

*/s/Grand Jury Foreperson*
FOREPERSON

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

2